FERNANDITO RIVERA v. RUSSELL D. GERNER.

May 18, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. NEIL MORRISON.

May 18, 1981.

Petition for certification denied.

WILLIAM V. GADEK, III, T/A POOR BILLY'S v. TOWNSHIP
OF WOODBRIDGE.

May 18, 1981.

Petition for certification denied.

JOHN LENART v. THE FIREMAN'S FUND
INSURANCE COMPANY.

May 18, 1981.

Petition for certification denied.